1 | PHILLIP A. TALBERT
United States Attorney
2 | NIRAV K. DESAI
KEVIN C. KHASIGIAN
3 | Assistant U. S. Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5
Attorneys for the United States
6

**FILED**

DEC 27 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEIZURE OF:

12 | $130,000.00 IN U.S. CURRENCY,

13 | $177,820.00 IN U.S. CURRENCY,

14 | US BANK CHECK NO. 3888508237 FOR
$50,000.00 DATED JANUARY 9, 2015,
15 | MADE PAYABLE TO ABHIJIT PRASAD,

16 | CHASE BANK CHECK NO. 9439615735
FOR $4,550.00 FROM JAGDISH
17 | NARGUNDE DATED JULY 22, 2015, MADE
PAYABLE TO ABHIJIT PRASAD,
18
CHASE BANK CHECK NO. 9037112846
19 | FOR $4,796.00 FROM JAGDISH
NARGUNDE DATED JULY 22, 2015, MADE
20 | PAYABLE TO ABHIJIT PRASAD, and

21 | WEST GATE BANK CHECK NO. 223067
FOR $8,323.00 FROM RAVI MAKKAPATI
22 | DATED DECEMBER 12, 2015, MADE
PAYABLE TO ABHIJIT PRASAD,
23
Defendants.
24

2:16-SW-0165-KJN
2:16-SW-0166-KJN
2:16-SW-0167-KJN
2:16-SW-0168-KJN
2:16-SW-0169-KJN
2:16-SW-0170-KJN


ORDER RE: REQUEST TO UNSEAL
DOCUMENTS

25 | Upon application of the United States of America and good cause having been shown, IT IS

26 | HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above captioned

27 | ///

28 | ///

1

Order Re: Request to Unseal
Documents

1   proceedings be and are hereby unsealed.

2   Date: Dec 27 2016

3   KENDALL J. NEWMA N
    United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Order Re: Request to Unseal
Documents